## 63735. ADKERSON v. GEORGIA POWER COMPANY et al.

SHULMAN, Chief Judge.

This court having entered on June 22, 1982, a judgment in the above-styled case (163 Ga. App. 8 (292 SE2d 551)), reversing the judgment of the trial court; and the judgment of this court having been reversed by the Supreme Court in *Harwell v. Ga. Power Co.,* 250 Ga. 435 (298 SE2d 499) the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Birdsong and Carley, JJ., concur.*

DECIDED FEBRUARY 10, 1983.

*Walker Chandler,* for appellant.

*Robert H. Smalley, Grover Anderson, John C. Reid, Don Snow,* for appellees.